UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff

    v.                                    Case No. 11-cr-79-01-SM

Angel Oller,
    Defendant

O R D E R

Defendant Oller's Assented to Motion to Continue the trial is granted (document no. 16). Trial has been rescheduled for the month of December 2012. Defendant Oller shall file a waiver of speedy trial rights not later than September 29, 2011. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for December 1, 2011 at 1:30 p.m.

Jury selection will take place on December 13, 2011 at 9:30 a.m.

SO ORDERED.

*[signature]*
Steven J. McAuliffe
Chief Judge

September 21, 2011

cc: Thomas Kerner, Esq.
    Debra Walsh, AUSA
    U.S. Marshal
    U.S. Probation