UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                       Criminal No. 11-cr-79-01-SM

<u>Angel Oller</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 22) filed by defendant is granted; Final Pretrial is rescheduled to February 10, 2012 at 2:30 p.m.; Trial is continued to the two-week period beginning February 22, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                             <u>*/s/ Steven J. McAuliffe*</u>
                                             Steven J. McAuliffe
                                             United States District Judge

Date: December 1, 2011

cc: Patrick E Donovan, Esq.
    Thomas Kerner, Esq.
    Debrah Walsh, Esq.
    U.S. Marshal
    U.S. Probation